UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MT. HAWLEY INSURANCE COMPANY,

                Plaintiff,

       -against-

SMITH AND COMPANY, A REAL ESTATE
DEVELOPMENT CORPORATION,

                Defendant.

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 12/15/2023 |

23 Civ. 10809 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

On December 12, 2023, Defendant, Smith and Company, filed a notice of removal from the Supreme Court of New York, New York County.  ECF No. 1, *as amended*, ECF No. 4.

Accordingly, by **January 6, 2024**, Plaintiff shall appear in this action and advise the Court whether it intends to contest removal.  Defendant shall serve this order on Plaintiff and file proof of service on the docket by **December 22, 2023**.

      SO ORDERED.

Dated: December 15, 2023
      New York, New York

_____
ANALISA TORRES
United States District Judge